No. 482. LOCAL No. 207, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS UNION, ET AL. *v.* PERKO. Certiorari, 371 U. S. 939, to the Supreme Court of Ohio; and

No. 541. LOCAL 100, UNITED ASSOCIATION OF JOURNEY-MEN & APPRENTICES, *v.* BORDEN. Certiorari, 371 U. S. 939, to the Court of Civil Appeals of Texas, Fifth Supreme Judicial District. The motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief, as *amicus curiae,* is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *J. Albert Woll, Robert C. Mayer, Theodore J. St. Antoine* and *Thomas E. Harris* on the motion.

No. 839, Misc. WHITE *v.* CALIFORNIA;

No. 950, Misc. THREATT *v.* UNITED STATES; and

No. 994, Misc. MORTON *v.* GEORGIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1039, Misc. GRIECO *v.* LANGLOIS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 993, Misc. IN RE WILSON; and

No. 1001, Misc. WALKER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of mandamus denied.

No. 1100, Misc. GREENHILL ET AL. *v.* RIVES ET AL., U. S. CIRCUIT JUDGES. Motion for leave to file petition for writ of mandamus denied. *Eugene Gressman, Dudley Yoedicke* and *Leon D. Hubert, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondents.